(Post 11/2015)

.

**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 2 5 2019

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### Little Rock _____ DIVISION

Irish Denise Anderson _____

_____

_____

(Name of plaintiff or plaintiffs)

v.

CIVIL ACTION NO. 4:19-cv-145-BSM

(case number to be supplied by the assignment clerk)

Dolgencorp LLC (Dollar General) _____

_____

This case assigned to District Judge _Miller___

and to Magistrate Judge _Deere_____

_____

(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1.      This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination.  Jurisdiction is specifically conferred on the Court by  42 U.S.C. §2000e-5.   Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2.      Plaintiff,  Irish Denise Anderson _____, is a
(name of plaintiff)
citizen of the United States and resides at 2401 Oak Hill Rd _____,
(street address)
Bryant _____, Saline _____, Ar _____, 72022 _____,
(city)            (county)            (state)            (ZIP)
501-804-7214 _____ .
(telephone)

3.      Defendant, Dollar General LLC _____, lives  at, or its
(name of defendant)
business is located at 100 Mission Ridge _____, Goodlettsville _____,
(street address)            (city)
_____, TN _____, 37072 _____ .
(county)            (state)            (ZIP)

4.      Plaintiff sought employment from the defendant or was employed by the

defendant at <u>2415 Springhill rd</u>                    , <u>Bryant</u>                          ,
             (street address)                     (city)

<u>Saline</u>           , <u>Ar</u>            , <u>72022</u>            .
  (county)         (state)         (ZIP)

      5.    Defendant discriminated against plaintiff in the manner indicated in paragraphs 9

and 10 of the complaint on or about <u>April       3,      2018</u>              .
                          (month)       (day)       (year)

      6.    Plaintiff filed charges against the defendant with the Equal Employment

Opportunity Commission charging defendant with the acts of discrimination indicated in

paragraphs 9 and 10 of this complaint on or about <u>April    05,    2018</u>              .
                                          (month)    (day)    (year)

      7.    The Equal Employment Opportunity Commission issued a Notice of Right to Sue

which was received by plaintiff on <u>November   27,   2018</u>              , a copy of which notice
                                (month)    (day)  (year)

is attached to this complaint.

      8.    Because of plaintiff's (1) ___**X**___ race, (2) ___**X**___ color, (3)___**X**___ sex,

(4) _____ religion, (5) _____ national origin, defendant:

        (a) _____ failed to employ plaintiff.

        (b) ___**X**___ terminated plaintiff's employment.

        (c) ___**X**___ failed to promote plaintiff.

        (d) <u>Wrongfully terminated, which was in a form of Discrimination based on</u>

<u>race and retaliation by harrasment such as physically attack, and physically thrown out the</u>

<u>store.  In addition to the retaliation, Plaintiff, Irish Anderson, was retaliated against from</u>

<u>employer by false affidavit from the police department which cause the plaintif to be</u>

<u>wrongfully convicted from a crime that was never commited. while serving 4 days of jail time</u>

      9.    The circumstances under which the defendant discriminated against plaintiff were

as follows: 1)She was a member of a protected class; 2.She was wrongfully terminated in which the termination occurred under circumstances giving rise to an inference of discrimination. She was qualified and possess credentials for a specific position higher than the one she was in. 3.Offensive conduct done to her getting physical assault ,threats, intimidated, and humiliation. 4. was harassed in the work environment, which became server and pervasive enough that it created a hostile, abusive work environment (BEING PICK UP AND THROWN OUT THE STORE. She was being treated differently than other staff in the work environment who doesnt share her protected characteristic (my race).

10.   The acts set forth in paragraph 9 of this complaint:

(a) _____ are still being committed by defendant.

(b) _____ are no longer being committed by defendant.

(c) __**X**__ may still be being committed by defendant.

11.   Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

(a) _____ Defendant be directed to employ plaintiff, and

(b) _____ Defendant be directed to re-employ plaintiff, and

(c) _____ Defendant be directed to promote plaintiff, and

(d) __**X**__ Defendant be directed to made whole related to this claim

and that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

SIGNATURE OF PLAINTIFF

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 493-2018-01069 |

| | | |
|---|---|---|
| null | | and EEOC |
| *State or local Agency, if any* | | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| **Ms. Irish D Anderson** | **(501) 804-7214** | **1988** |

| Street Address | City, State and ZIP Code |
|---|---|
| **2005 Oakhill rd,  BRYANT, AR 72022** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **DOLLAR GENERAL** | **15 - 100** | **(501) 481-2428** |

| Street Address | City, State and ZIP Code |
|---|---|
| **2415 Springhill Road,  BRYANT,  AR 72019** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest        Latest |
| ☒ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN | **03-14-2018        04-03-2018** |
| ☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION | |
| ☐ OTHER *(Specify)* | ☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired on or about August 26, 2017 as a Sales Associate.  Around December 2017, I became a Lead Sales Associate.  Around March 14, 2018, the Assistant Manager began harassing and threatening to fire me.  Around March 26, 2018, I complained to the District Manager about the harassment and threatening.  I also complained that my hours were reduced.  On April 2, 2018 near the end of the day, the Assistant Manager asked me to verify deposits. I told him that I had to leave to pick up my son from school but I would do it tomorrow. On April 3, 2018 when I arrived at work, the Assistant Manager said I had quit. He then physically threw me out the store. I filed a complaint the police.  I contacted the Manager and District Manager.  On April 4, 2018, I filed a complaint with human resources.  I believe I was harassed and discharged because of my race, Black, sex, female and in retaliation for complaining about race discrimination, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Irish Anderson on 04-05-2018 02:12 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: **Irish D. Anderson**<br>**2005 Oakhill rd**<br>**Bryant, AR 72022** | From: **Little Rock Area Office**<br>**820 Louisiana**<br>**Suite 200**<br>**Little Rock, AR 72201** |

|  | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **493-2018-01069** | **Johnny L. Glover,**<br>**Investigator** | **(501) 324-6475** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

|  | |
|---|---|
| [ ] | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| [ ] | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| [ ] | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| [ ] | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| [X] | The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge. |
| [ ] | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| [ ] | Other *(briefly state)* |

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*William A. Cash Jr. /99*                    NOV 2 7 2018

Enclosures(s)

**William A. Cash, Jr.,**
**Area Office Director**                    *(Date Mailed)*

cc:    **Meghan Blackwell**
**Paralegal, Labor and Employment**
**DOLLAR GENERAL**
**100 Mission Ridge**
**Goodlettsville, TN 37072**

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should keep a record of this date. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

**To:** United States District Court: Eastern District Court

**From:** Plaintiff: Irish Denise Anderson
V.
Defendant: Dolgencorp LLC (Dollar General)

**Address:** P.O. Box 253 Bryant, Ar. 72089
**Phone:** 501-804-7214

I, Irish Denise Anderson, the plaintiff was wrongfully terminated, which was in a form

of Discrimination based on retaliation, my sex, and race. The plaintiff, Irish Denise Anderson,

was denied a position relating to discrimination based on my race. The plaintiff used to work at

Dollar General Corp.  back in the year of 2006, for about over a year ½, and was rehired to work

at Dollar General Corp. again around August 2017, as a Sales Associate. Around February of

2018; the store training manager, Nicholas Helms (Caucasian ethnicity), decided to hire his

roommate/best friend, Dustin Ryan Mullins (Caucasian ethnicity) for the Assistant Manager

position. The employer, Nicholas informs the plaintiff that he was thinking about hiring her for

that position, but he wasn't sure that the plaintiff was a good fit for it.

**Prima Facie:** After closer inspection, the plaintiff later discovers that the employer, Dustin

Ryan Mullin had no experience in retail, and any experience related to his assistant management

position. For this reason, the plaintiff was able to produce more reasoning's to establish the

presumption of discrimination.

As the month passed, the plaintiff noticed that Dustin became very compulsive in his

position.  The employer, compulsiveness behavior started when he kept singling the plaintiff out.

For example, March 14, 2018.The employer, Dustin got upset because the store wasn't close a

certain way the previous night the plaintiff work. The employer, Dustin began to nit-pick by

saying that the store should be close this way and threaten to fire the plaintiff for closing the

store the normal way. After this point, the harassment continuously occurred on many occasions.

For example, on March 22, 2018. The plaintiff tries to complain to Employer, Nicholas Helms

about his friend the employer, Dustin Ryan Mullins behavior and how the plaintiff felt like she

was being mistreated because of my race. The employer, Nicholas Helms then ignores the

plaintiff complaint by telling her that she needs to talk with the District manager, Andrews King

(Caucasian ethnicity) about any issues that the plaintiff has with the employer Dustin Ryan

Mullins. The plaintiff then became frustrated with anxiety because the plaintiff now noticed that

she was being treated differently than a person that is not African American ethnicity. For

example, Employer, Dustin Ryan Mullins will not get in trouble for certain things he has done

such as, signing over a fraudulent check and making deductions from his paycheck to cover the

check shortages, which is call force balancing. (Violation of company policy). In similar event,

the plaintiff would get in trouble, moreover, threaten to get fired for something as simple as

closing the store a certain way.

March 26, 2018, the plaintiff complains to the District Manager about the harassment and

threats that was going on by the employer, Dustin Ryan Mullin. The plaintiff also was trying to

inform him on how she believes Employer, Dustin been retaliating against the plaintiff by

reducing her work hours after he had discovered that the plaintiff was complaining to upper

management regarding the employer behavior towards the plaintiff. District Manager, Andrew

King, inform the plaintiff that he was going to come to the store that week to discuss all the

problems and issues that was going on and never did.

**Shifting Justification**

On April 2, 2018 near the end of the day, the Assistant Manager asked the plaintiff to verify

deposits. The plaintiff informs employer Dustin, that she had to leave to pick up her son from

school since her shift ended and would do it tomorrow. The employer Dustin Mullins got angry

with the plaintiff because she didn't finish it and threaten to fire the plaintiff again. With

frustration and anxiety, the plaintiff then inform employer, Dustin Mullins that he was stressing

her out and kept harassing her so, the plaintiff was going to file an internal and EEOC complaint

because the plaintiff felt like she was being discriminated against because of her race.

The next day on April 3, 2018 at 4:53pm when the plaintiff arrived at work, the Employer,

Dustin Ryan Mullins decided to stop the plaintiff in front of the door to tell her that she had quit

and to leave the store immediately. When the employer, Dustin Mullin noticed that the plaintiff

wasn't leaving. The employer, Dustin Mullin started to follow the plaintiff around the store while

yelling at her in front of customers saying, "LEAVE THE STORE NOW!" the plaintiff

attempted to call the District Manager to inform him on what was going on. Because of the

employer loud outburst in front of the customers the plaintiff decided to take the call in the

breakroom. The employer, Dustin Mullins then follows the plaintiff in the breakroom and

attempt to keep her from calling the district manager. When noticing the employer hostile

behavior, the plaintiff then decided to get her personal belongings and leave. That's when the

employer, Dustin Mullins attempts to snatch the plaintiff heater out of her hand. The employer,

Dustin's Mullins got upset and he threw the heater at the plaintiff. the employer Dustin Mullins

then punches the plaintiff in the face to keep from moving. The employer, Mr. Mullins then

grabbed her, tackles her to the floor and got on top of her.  The employer, Mr. Mullins violently

picks her up, carries the plaintiff to the door and throws me out the store. The plaintiff later filed

a complaint with Bryant Police Department, and the officer on duty inform her that employer Dustin Mullins had inform him that he had terminated the plaintiff, and the plaintiff was to never come back in his store again. **(VIDEO FOOTAGE OF THE INTIRE ALTERCATION FOR EVIDENCE).**

In addition to this the plaintiff later discover she was still being retaliated against on Friday, April 13, 2018. The employer, Dustin Ryan Mullin retaliated against the plaintiff, Irish Anderson while the employer was still employed at Dollar General and was under EEOC investigation at the time. This was done by the employer, Dustin Ryan Mullin, filing a false affidavit 10 days later against the plaintiff, Irish Anderson. Because of this the plaintiff, Irish Anderson had a warrant out for her arrest. The employer at the time falsified evidences by producing fake photos that he made up himself and fake bruises on his body to play the victim only to retaliate against her because of the EEOC complaint that the plaintiff filed against Dollar General. The plaintiff was traumatized by this while holding back tears of embarrassment and humiliation. For this reason, the plaintiff strongly believe she was wrongfully terminated because of her race, Black, sex, female and retaliated against for complaining about race discrimination. Violation of company policy, and in violation of Title VII of the Civil Rights Act of 1964, as amended.